**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **BOBBY J. HIBBS,** ) | |
| **ID # 26463-001,** ) | |
|          **Plaintiff,** ) | |
| **vs.** ) | **No. 3:11-CV-2601-N-BH** |
| ) | |
| **UNITED STATES OF AMERICA, et al.,** ) | |
|          **Defendants.** ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the findings, conclusions, and recommendation, *United States of America's Motion for Summary Judgment* (doc. 65) is **GRANTED**, and Plaintiff's motion for summary judgment (doc. 69), is **DENIED**. His claims will be dismissed by separate judgment.

**SO ORDERED**, this 19th day of August 2013.

_____
**UNITED STATES DISTRICT JUDGE**